ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| PUERTO RICO CONSUMER DEBT MANAGEMENT CO., INC.<br><br>Parte Recurrida<br><br>V.<br><br><br>CÁNDIDO L. GUTIÉRREZ GUZMÁN, y esposo(a) y/o PAREJA JOHN (JANE) DOE, y la SOCIEDAD LEGAL DE GANANCIALES y/o COMUNIDAD DE BIENES COMPUESTA ENTRE AMBOS<br><br>Parte Recurrente | TA2026CE00610 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br>_____<br>Caso Núm.: SJ2020CV05537<br>_____<br>SOBRE:<br>COBRO DE DINERO-ORDINARIO |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

## R E S O L U C I Ó N

En San Juan, Puerto Rico, a 29 de mayo de 2026.

Examinado el *Recurso de Certiorari* presentado por Cándido L. Gutiérrez Guzmán el 14 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*